# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DAVID JAMAR PICOU,<br><br>　　　　Defendant. | Case No. 1:14-mj-00196-SAB-1<br><br>ORDER SETTING STATUS CONFERENCE |

On July 10, 2015, Defendant David Jamar Picou filed a motion to continue the trial in this matter and set a briefing schedule for a motion to dismiss. (ECF No. 19.) The trial is currently scheduled to occur on July 24, 2015.

The Court will set a status conference to discuss the matter of the continuance with the parties on July 16, 2015 at 10:00 a.m. Plaintiff United States of America shall file a written response to Defendant's motion for a continuance on or before noon on July 15, 2015.

Based upon the foregoing, it is HEREBY ORDERED that the parties shall appear for a status conference on July 16, 2015 at 10:00 a.m. in Courtroom 9 (SAB) before United States

/ / /

/ / /

/ / /

/ / /

1

Magistrate Judge Stanley A. Boone. Plaintiff United States of America shall file a brief in response to Defendant's motion for a continuance on or before noon on July 15, 2015.

IT IS SO ORDERED.

Dated: **July 13, 2015**

_____
UNITED STATES MAGISTRATE JUDGE