HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
ERIN SNIDER, OR SBN #116342
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
DAVID JAMAR PICOU

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:14-MJ-00196-SAB |
| Plaintiff, | |
| vs. | STIPULATION TO CONTINUE TRIAL AND ESTABLISH MOTIONS IN LIMINE BRIEFING SCHEDULE; ORDER THEREON |
| DAVID JAMAR PICOU, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Special Assistant United States Attorney Bayleigh J. Pettigrew, counsel for the plaintiff, and Assistant Federal Defender Erin Snider, counsel for defendant David Jamar Picou, that the trial currently scheduled for September 30, 2015, may be continued to October 19, 2015, at 9:45 a.m.  The parties also request that the Court establish a motions in limine briefing schedule.  The parties agree to the following schedule:

| | |
|---|---|
| Motions in limine: | September 17, 2015 |
| Responses: | October 1, 2015 |
| Replies: | October 8, 2015 |
| Oral argument: | October 15, 2015, at 10:00 a.m. |

///

///

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | BENJAMIN B. WAGNER<br>United States Attorney |
| Date:  August 27, 2015 | */s/ Bayleigh Pettigrew*<br>BAYLEIGH PETTIGREW<br>Special Assistant United States Attorney<br>Attorney for Plaintiff |
|   | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: August 27, 2015 | */s/ Erin Snider*<br>ERIN SNIDER<br>Assistant Federal Defender<br>Attorney for Defendant<br>DAVID JAMAR PICOU |

**O R D E R**

IT IS SO ORDERED.

Dated:   **August 27, 2015**

UNITED STATES MAGISTRATE JUDGE