HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
DAVID JAMAR PICOU

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:14-mj-00196-SAB |
| Plaintiff, | **REQUEST FOR RULE 43 WAIVER FOR DEFENDANT; ORDER** |
| vs. | |
| DAVID JAMAR PICOU, | |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Defendant David Jamar Picou, having been advised of his right to be personally present at all stages of the proceedings, hereby requests that this Court permit him to appear via video teleconference for a change of plea hearing on November 9, 2015.  Defendant agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this Court allow his attorney-in-fact to represent his interests at all times.  The government does not object to this request.

//

//

//

//

-1-

Defendant resides in Los Angeles, California, and works full time.  Travel to Fresno would constitute a serious hardship.  Thus, Defendant respectfully requests that this Court permit him to appear via video teleconference.

DATED:  November 4, 2015      */s/ David Jamar Picou*
David Jamar Picou

DATED:  November 4, 2015      */s/ Erin Snider*
Erin Snider
Assistant Federal Defender
Attorney for Defendant
David Jamar Picou

## **O R D E R**

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant may appear via video teleconference at the November 9, 2015 change of plea hearing.

IT IS SO ORDERED.

Dated:   **November 5, 2015**                    
UNITED STATES MAGISTRATE JUDGE