HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
ERIN SNIDER, OR SBN #116342
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
DAVID JAMAR PICOU

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,  )   | |
|---|---|
| Plaintiff, ) | Case No.  1:14-mj-00196-SAB |
| ) | |
| vs. ) | STIPULATION TO VACATE TRIAL DATES AND SET CHANGE OF PLEA FOR NOVEMBER 9, 2015 |
| DAVID JAMAR PICOU, ) | |
| Defendant. ) | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Special Assistant United States Attorney Bayleigh J. Pettigrew, counsel for the plaintiff, and Assistant Federal Defender Erin Snider, counsel for defendant David Jamar Picou, that due to a plea agreement reached between the parties that the trial currently set for November 9, 2015

//
//
//
//
//
//
//
//

and November 10, 2015 be vacated and that a Change of Plea be set for November 9, 2015 at 2:00 p.m. or as soon thereafter as is convenient for the Court.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Date: November 2, 2015   */s/ Bayleigh Pettigrew*
BAYLEIGH PETTIGREW
Special Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: November 2, 2015   */s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
DAVID JAMAR PICOU

**O R D E R**

IT IS SO ORDERED.

Dated:   **November 5, 2015**

UNITED STATES MAGISTRATE JUDGE